Eliza Sullivan, as Administratrix, etc., Respondent, v. Greenhut-Siegel Cooper Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Frederick Starke, Respondent, v. Samuel Stein, Appellant.— Motion denied, with ten dollars costs.  Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

William F. Connell, Respondent, v. Louis V. Heydenreich and Others, Appellants.— Judgment affirmed by default, with costs.  Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Casta Gainsborg, Respondent, v. Charles Deutermann and New York Inter-Urban Water Company, Appellants.— Order modified on argument in so far as appealed from in all respects and as modified affirmed, with ten dollars costs and disbursements to the appellant Deutermann. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.  Order to be settled before Mr. Justice Carr.

In the Matter of the Application of W. Bernard Vause, Appellant, to Have Issued to Him Certificate of Stock of Café Raub, Inc., Respondent.— Order reversed on argument, with ten dollars costs and disbursements, and case remitted to the Special Term for the appointment of a referee to take proof of the facts and to report to that court.  Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.  Order to be settled before Mr. Justice Burr.

Juliana Kochanowska, Respondent, v. Joseph Kochanowska, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Burr, Carr and Rich, JJ., concurred; Stapleton, J., taking no part.

Wright Manufacturing Company, Respondent, v. Morris Tendler and Joseph Gottlieb, Appellants.— Order modified on argument so as to strike therefrom the provision that restrains the defendants from "in any way dealing with or selling to or attempting to sell, canvass or solicit sales from the plaintiff's custom, or in any way or manner interfering with the good will of the plaintiff's business," and as so modified affirmed, without costs.  Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred. Order to be settled before Mr. Justice Stapleton.